■ PEOPLE v MIGUEL DELAROSA. [610 NYS2d 766] —Motion to reinstate appeal denied. Concur—Kupferman, Ross and Nardelli, JJ.

Sullivan, J. P., dissents in a memorandum as follows: In accordance with the views expressed in my dissent in our prior decision *(People v DeLaRosa,* 192 AD2d 403, *lv granted* 81 NY2d 1082, *appeal withdrawn* 82 NY2d 750), I would grant the motion and reinstate the appeal. Our recently enacted amendment to 22 NYCRR 600.8, adding, *inter alia,* subdivision (f), effective February 1, 1993, which, in the case of a People's appeal, requires personal service of the appellant's brief upon an unrepresented defendant, had not yet been promulgated when the People filed their brief in this matter.